IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JOY VERONICA HAYES                                                                                         PLAINTIFF

v.                                       Cause  No. 4:15-cv-04010

THERESA SMITH and
STATE FARM MUTUAL AUTOMOBILE INS. COMPANY                                       DEFENDANTS

## ORDER

Before this Court is Plaintiff's Motion to Proceed *In Forma Pauperis* and Motion for Service. ECF No. 3.  Upon review, the Court finds Plaintiff's Motion to Proceed *In Forma Pauperis* should be **GRANTED.**  The Court also finds Plaintiff's Motion for Service should be **GRANTED.**

This Court directs the U.S. Marshal to serve a copy of the Complaint filed on January 16, 2015 (ECF No. 1) and a copy of this order on Defendants by serving:

Theresa Smith
230 Private Road 1044
Doddridge, Arkansas  71834

State Farm Mutual Automobile Insurance Company
1 State Farm Plaza
Bloomington, Illinois  61710

without prepayment of fees and costs or security thereof.  Defendants are ordered to answer within twenty-one (21) days from the date of service.

The Clerk is directed to prepare and issue a summons and a USM 285.

**IT IS SO ORDERED this 27th day of January 2015.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Barry A. Bryant
　　　　　　　　　　　　　　　　　　　　　　　　　　　　HON. BARRY A. BRYANT
　　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE