IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JOY VERONICA HAYES                                                                           PLAINTIFF

v.                                        Case No. 4:15-cv-04010

THERESA SMITH and
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY                                                                        DEFENDANTS

**ORDER**

Before the Court is Plaintiff's Motion to Dismiss Defendant's Answer.  ECF No. 11.  Plaintiff filed this Motion on March 13, 2015.  *Id.*  With this Motion, Plaintiff claims Defendant's answer should be dismissed because it contains conflicting and contradictory information.  *Id.*

On March 24, 2015, Defendant State Farm Mutual Automobile Insurance Company responded to Plaintiff's Motion.  ECF No. 13.  In this response, Defendant State Farm argues there is no basis for dismissing its answer.  *Id.*

Upon review of Plaintiff's Motion, the Court finds no basis for dismissing Defendant State Farm's answer.  Accordingly, Plaintiff's Motion to Dismiss Defendant's Answer (ECF No. 11) is **DENIED.**

ENTERED this 6th day of May 2015.

/s/  Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE