IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JOY VERONICA HAYES                                                                                    PLAINTIFF

v.                                              Case No. 4:15-cv-04010

THERESA SMITH; and STATE
FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY                                                                              DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed May 6, 2015 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 19). Judge Bryant recommends that Defendant Smith's Motion to Dismiss for Failure to State a Claim and for Lack of Subject Matter Jurisdiction (ECF No. 7) be **GRANTED**.

The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1).[1]  The Court adopts the Report and Recommendation *in toto*. Accordingly, all of Plaintiff's claims against Separate Defendant Theresa Smith are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 27th day of May, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge

---

[1] The Plaintiff has filed a document entitled "Motion to Enforce Settlement." (ECF No. 20). Because nothing in that Motion relates to the subject-matter jurisdiction deficiencies relied on by Judge Bryant in his Report and Recommendation, the Court will not interpret that document to be Plaintiff's objections.