IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JOY VERONICA HAYES                                                                                          PLAINTIFF

v.                                         Case No. 4:15-cv-04010

STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY                                                          DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed June 4, 2015 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 28). Judge Bryant recommends that all claims against Defendant State Farm be dismissed without prejudice for lack of subject matter jurisdiction.

The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). The Court adopts the Report and Recommendation *in toto*. Accordingly, all of Plaintiff's claims against Defendant State Farm are **DISMISSED**. Because the Court does not have subject matter jurisdiction over Plaintiff's case, all pending motions, including Defendant State Farm's Motion for Summary Judgment (ECF No. 15), Plaintiff's Motion for Enforcement of Defendant Settle Offer/Agreement (ECF No. 20), and Plaintiff's Motion for Removal to Lower Court (ECF No. 24) are hereby **DENIED AS MOOT**.

**IT IS SO ORDERED**, this 23rd day of June, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge